















NMC

3:05-CV-797 KYOCERA WIRELESS V. PRESIDENT ELECTRICS

*18*

*DECL*

**ORIGINAL**

Mark H. Snyder (Bar No. 222598)
Lee Hsu (Bar No. 175272)
David J. Huffaker (Bar No. 207619)
Kyocera Wireless Corp.
10300 Campus Point Drive
San Diego, California 92121
Telephone:    (858) 882-2000
Facsimile:    (858) 882-2485

05 JUN 29  PM 3: 38

Attorneys for Plaintiff,
KYOCERA WIRELESS CORP.,
 a Delaware corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYOCERA WIRELESS CORP., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT ELECTRONICS, LTD, a Canada Company, and TONY COLIDA, a Citizen of Canada <br><br> Defendants. | Case No. 05 CV 0797 H (JMA) <br><br> **DECLARATION OF LEE HSU IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT** <br><br> **Date:  August 1, 2005** <br> **Time: 10:30 a.m.** |

I, Lee Hsu, declare:

1.    I am an attorney and in-house counsel at Kyocera Wireless Corp.  I have personal knowledge of the facts set forth in this Declaration and if called upon to do so, I could and would testify competently thereto.

2.    I represent Kyocera Wireless Corporation in the above entitled matter, and I am familiar with the claims of the parties in such matter.

3.    I am familiar with the Kyocera KX9C model cellular telephone.  On or about June 20, 2005, I took digital photographs of the KX9C model cellular telephone, clearly showing a left front perspective view of the telephone in its open position, a front plan view of the telephone in its open position, and a top plan view of the telephone in its closed position, using a SONY DSC-T1

1   model digital camera.

2        4.      A true and accurate photographic reproduction of the KX9C model cellular

3   telephone, clearly showing the left front perspective view of the telephone in its open position, is

4   attached hereto as **Exhibit 1**, which is incorporated herein by reference.

5        5.      A true and accurate photographic reproduction of the KX9C model cellular

6   telephone, clearly showing the front plan view of the telephone in its open position, is attached

7   hereto as **Exhibit 2**, which is incorporated herein by reference.

8        6.      A true and accurate photographic reproduction of the KX9C model cellular

9   telephone, clearly showing the top plan view of the telephone in its closed position, is attached

10  hereto as **Exhibit 3**, which is incorporated herein by reference.

11       7.      I am familiar with U.S. Design Patent No. 321,347, which Defendants allege is

12  infringed in the above entitled matter.  Attached hereto as **Exhibit 4**, and incorporated herein by

13  reference, is a true and correct copy of U.S. Design Patent No. 321,347.  This design patent includes

14  a sole claim to an "ornamental design for a portable cellular handset telephone, as shown and

15  described."

16  / / /

17  / / /

18       I declare under penalty of perjury that the foregoing is true and correct.

19       Executed this 27th day of June, 2005, at San Diego, California.

20

21

22

23       **Lee Hsu**

24

25

26

27

28

-2-

**Exhibit 1**



**Left Front Perspective View—Open Position**
**KYOCERA KX9C CELLULAR TELEPHONE**

**Exhibit 2**



**Front Plan View--Open Position**
**KYOCERA KX9C CELLULAR TELEPHONE**

**Exhibit 3**



**Top Plan View—Closed Position**
**KYOCERA KX9C CELLULAR TELEPHONE**

**Exhibit 4**

# United States Patent [19]

## Colida

[11] **Patent Number:** **Des. 321,347**

[45] **Date of Patent:** ** Nov. 5, 1991**

[54] **PORTABLE CELLULAR HANDSET TELEPHONE**

[76] Inventor: **Tony Colida,** 2672 Bedford Road, Montréal, Québec, Canada, H3S-1G1

[**] Term: **14 Years**

[21] Appl. No.: **513,165**

[22] Filed: **Apr. 23, 1990**

[52] U.S. Cl. ................................. **D14/138; D14/147; D14/248**

[58] Field of Search ...................... D14/147, 148, 138; 379/423, 68; 455/89, 90

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 254,435 | 3/1980 | Ferron | D14/147 |
| D. 276,520 | 11/1984 | Breslow et al. | D14/143 |
| D. 281,686 | 12/1985 | Rivette et al. | D14/143 |
| D. 291,991 | 9/1987 | Lee | D14/147 |
| D. 298,621 | 11/1988 | Willis | D14/147 |
| D. 302,689 | 8/1989 | Murakami et al. | D14/138 |
| D. 306,294 | 2/1990 | Watanabe | D14/148 |
| D. 306,298 | 2/1990 | Sawada et al. | D14/148 X |
| 4,481,382 | 11/1984 | Villa-Real | 379/68 X |
| 4,845,772 | 7/1989 | Metrooka et al. | 379/433 X |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0164743 | 7/1988 | Japan | 379/434 |
| 0106658 | 4/1989 | Japan | 379/434 |
| 0212052 | 8/1989 | Japan | 379/434 |

### OTHER PUBLICATIONS

Telephony, Jul. 16, 1979; GTE Flip-Phone.

*Primary Examiner*—Horace B. Fay, Jr.

[57] **CLAIM**

The ornamental design for a portable cellular handset telephone, as shown and described.

**DESCRIPTION**

FIG. 1 is a left side, top a front perspective view of a portable cellular handset telephone showing my new design in opened position;

FIG. 2 is a front elevational view thereof;

FIG. 3 is a rear elevational view thereof;

FIG. 4 is a bottom plan view thereof in closed position;

FIG. 5 is a top plan view thereof in closed position;

FIG. 6 is a right side elevational view thereof;

FIG. 7 is a bottom plan view thereof in closed position; and

FIG. 8 is a front elevational view thereof in closed position.







*FIG. 3*



*FIG. 2*



*FIG. 1*



FIG. 8



FIG. 5

FIG. 6

FIG. 7

FIG. 4